AUSA Faris J. Hussein (312) 353-4156

# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

### AFFIDAVIT OF WARRANT IN REMOVAL PROCEEDINGS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | MAGISTRATE JUDGE COX |
| v. ) | CASE NUMBER: |
| ONEA LUNDY ) | 07CR 841 |

The undersigned Affiant personally appeared before <u>Susan E. Cox</u>, a United States Magistrate Judge, and being duly sworn on oath, states: That in the United States of America, <u>in the Eastern District of Michigan, on or about December 6, 2007, Onea Lundy</u> was charged by Criminal Complaint with a violation of Section <u>841</u> of the United States Code, Title <u>21</u>, for the offense of <u>possession with intent to distribute ecstasy/MDMA</u>, (attached hereto, UNDER SEAL) and that a Warrant is outstanding for the arrest of said defendant.

Wherefore, Affiant prays that the defendant be dealt with according to law.

**FILED**

DEC 14 2007

MAGISTRATE JUDGE SUSAN E. COX
UNITED STATES DISTRICT COURT

Subscribed and Sworn to before me this
14th day of <u>December</u>, 2007.

_____
Susan E. Cox
United States Magistrate Judge

_____
Patrick Bagley
Special Agent
Drug Enforcement Administration

DEC 1 4 2007

**MICHAEL W. DOBBINS**
CLERK, U.S. DISTRICT COURT

AO 91 (Rev. 5/85) Criminal Complaint                                        Stephanie Dawkins Davis (313) 226-9788

# United States District Court

__EASTERN__ DISTRICT OF __MICHIGAN__

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| V. | CASE NUMBER: |
| ONEA LUNDY | 07-30568 |

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about November 14, 2007 in Washtenaw county, in the Eastern District of Michigan defendant(s) did, possess with the intent to distribute ecstasy

in violation of Title 21 United States Code, Section(s) 841
I further state that I am a(n) Task Force Agent with the Drug Enforcement Administration and that this complaint is based on the following facts:

(SEE ATTACHED AFFIDAVIT)

Continued on the attached sheet and made a part hereof:       ☒ Yes        ☐ No

Signature of Complainant
TFA Mauro Cervantes

Sworn to before me and subscribed in my presence,

A TRUE COPY
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
BY: _____ DEPUTY CLERK

December 6, 2007                    at   Detroit, Michigan
Date                                      City and State

HON. VIRGINIA M. MORGAN
United States Magistrate Judge
Name & Title of Judicial Officer                Signature of Judicial Officer

## AFFIDAVIT

1. I, Mauro Cervantes, Task Force Agent of the United States Drug Enforcement Administration (DEA), being duly sworn, depose and states as follows:
   I make this affidavit with personal knowledge based on my participation in this investigation, including witness interviews by myself or other law enforcement agents and information gained through training and experience. This affidavit is being submitted for the limited purpose of establishing probable cause. I have set forth only those facts I believe necessary to establish probable cause in this matter.

2. Affiant is a Task Force Agent of the United States Drug Enforcement Administration (DEA), having been assigned as such since April of 2007, as well as currently serving as a detective for the Ann Arbor Police Department, Ann Arbor, Michigan. Affiant has been employed by the Ann Arbor Police Department since 1993. Prior to getting employed with the Ann Arbor Police Department, affiant was a certified police officer for the Detroit Police Department from 1987 to 1993. During this time I have directed or assisted in numerous investigations, concerning the violations of the State of Michigan controlled substances code, including the drafting and execution of arrest warrants for these crimes.

3. On November 14, 2007, at approximately 12:30 p.m., Michigan State Police Trooper Prause conducted a traffic stop on a vehicle being driven on eastbound Interstate 94 in Washtenaw county, for impeding traffic and expired vehicle registration. Trooper Prause determined that the vehicle, which was being driven by Onea LUNDY, was a rental car. LUNDY had a passenger in the vehicle who was identified as Maurice LOGAN. A vehicle search was conducted by Trooper Prause.

4. The search revealed a loaded 9mm handgun hidden in the engine compartment of the vehicle. LUNDY and LOGAN denied having any knowledge of the handgun

and were subsequently released pending further investigation. LUNDY and LOGAN had conflicting stories as to what they were doing in Michigan and as a result, surveillance was established on LUNDY.

5. Surveillance officers followed the vehicle driven by LUNDY to an unknown residence located on Oakfield Street between Trojan and Hessell, in Detroit, Michigan. Surveillance observed LUNDY and LOGAN remain at the residence for several minutes before LUNDY and LOGAN went to a local restaurant for approximately 10 minutes. LUNDY and LOGAN then returned to the Oakfield Street and left after a few minutes.

6. Surveillance officers followed LUNDY and LOGAN back to Washtenaw County. As LUNDY drove through Ann Arbor, surveillance officers notified MSP Troopers of their location and advised them about the surveillance observations in Detroit.

7. On November 14, 2007, at approximately 4:00 p.m., MSP Trooper Parros conducted a traffic stop for improper lane driving, on the vehicle driven by LUNDY, on westbound Interstate 94, Sylvan Township, Washtenaw County, Michigan.

8. Trooper Parros identified the driver as LUNDY and the passenger as LOGAN. Upon making contact with LUNDY and LOGAN, Trooper Parros smelled a strong odor of marijuana coming from the vehicle. Trooper Parros conducted a probable cause search of the vehicle and found 1,997 tablets of 3,4-Methylene-dioxymethamphetamine (MDMA/Ecstasy) in the same section of the engine compartment where the 9mm semi-automatic handgun had previously been found. A field test of the tablets were positive for the indication of MDMA.

9. During the traffic stop, Sgt. Jatczak advised LUNDY of the Miranda warnings. LUNDY stated that he understood the warning and agreed to speak with Sgt. Jatczak. Regarding the seized Ecstasy pills, LUNDY stated that he received the Ecstasy pills from an unknown person in Detroit. LUNDY stated he received the pills on consignment and that this was not his first time receiving ecstasy pills. LUNDY stated that he pays $450 for one hundred pills and sells them for $10 to $20 each. LUNDY stated it would take him a week to sell 2,000 pills.

10. Based upon the information contained in this affidavit, there is probable cause to believe that Onea LUNDY possessed a controlled substance with the intent to distribute, in violation of Title 21 United States Code Section 841.

Mauro Cervantes
Task Force Agent
Drug Enforcement Administration

Subscribed and sworn to before me
This _6_ day of December 2007

_____
Hon. Virginia A. Morgan
U.S. Magistrate Judge
Eastern Judicial District of Michigan