# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 841 | **DATE** | December 14, 2007 |
| **CASE TITLE** | USA vs. ONEA LUNDY | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 12/14/2007. Defendant informed of rights. Enter order appointing Sergio Rodriguez as counsel for defendant for initial appearance only. Removal proceedings held. Defendant waives identity hearing. The Court finds that the defendant is the person named in the arrest warrant. Order defendant removed to the U.S. District Court Eastern District of Michigan. Removal is stayed pending resolution of the issue of whether defendant will be removed in custody. Detention hearing is set for 12/19/2007 at 10:15 am.

00:30

| | Courtroom Deputy Initials: | JS |
|---|---|---|