Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 CR 841 | DATE | 12/17/2007 |
| CASE TITLE | USA vs. ONEA LUNDY | | |

**DOCKET ENTRY TEXT**

Detention hearing is reset to 11:00 am on December 19, 2007 at the parties' request.

Docketing to mail notices.

| | Courtroom Deputy Initials: | JS |
|---|---|---|

07CR841 USA vs. ONEA LUNDY Page 1 of 1