Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 841 | **DATE** | 12/19/2007 |
| **CASE TITLE** | U.S.A. vs. Onea Lundy | | |

**DOCKET ENTRY TEXT**

(Defendant Onea Lundy only). Detention hearing called on 12/19/2007. Defendant waives his right to a detention hearing at this time. Defendant is removed in custody to the U.S.D.C. Eastern District of Michigan, Detroit, Michigan.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | SB |
|---|---|---|