**UNITED STATES DISTRICT COURT**
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS,**                  **OFFICE OF THE CLERK**
      **CLERK**                                                December 27, 2007

Mr. David J. Weaver
Clerk/Court Administrator
United States District Court
814 Theodore Levin
United States Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

**Re:   USA v. Onea Lundy  - 07 CR 841**

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

| | |
|---|---|
| _X_ Docket Sheet, Case No.: 07 CR 841 | _X_ Order of Removal dated: 12/19/07 |
| _X_ Affidavit in Removal | ____ Final Commitment Proceedings |
| ____ Financial Affidavit | ____ Temporary Commitment |
| _X_ Order appointing counsel | ____ Order setting conditions of release |
| ____ CJA 20 Form | ____ Detention Order |
| _X_ Appearance form | ____ Appearance Bond |
| | ____ Other(see docket for entries): |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

                                            Sincerely yours,

                                            Michael W. Dobbins, Clerk

                                            by: _____
                                              Marsha E. Glenn, Deputy Clerk