FILED
JAN 0 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>*Charles Guathouse*  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name)  C. Date of Delivery<br>JAN 0 2 2008 |
| 1. Article Addressed to: 07CR841<br><br>Mr. David J. Weaver<br>Clerk/Court Administrator<br>United States District Court<br>814 Theodore Levin<br>United States Courthouse<br>231 West Lafayette Boulevard<br>Detroit, MI 48226 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>07 CR 841<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 0100 0001 7313 2685 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

RECEIVED
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT JAN 0 7 2008
219 S. DEARBORN STREET
CHICAGO, ILLINOIS 60604
MICHAEL W DOBBINS
CLERK, U. S. DISTRICT COURT