C H

## UNITED STATES DISTRICT COURT
### EVERETT MCKINLEY DIRKSEN BUILDING
### UNITED STATES COURT HOUSE
### 219 S. DEARBORN STREET
### CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS,**
**CLERK**

**OFFICE OF THE CLERK**
December 27, 2007

Mr. David J. Weaver
Clerk/Court Administrator
United States District Court
814 Theodore Levin
United States Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

**F I L E D**

JAN 0 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**FILED**

JAN - 2 2007

CLERK'S OFFICE, DETROIT-PSG
U.S. DISTRICT COURT

**Re:   USA v. Onea Lundy - 07 CR 841**

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings
conducted in this District regarding the above named defendant.

| | | |
|---|---|---|
| _X_ Docket Sheet,<br>Case No.: 07 CR 841 | _X_ Order of Removal dated: 12/19/07 | |
| _X_ Affidavit in Removal | ____ Final Commitment Proceedings | |
| ____ Financial Affidavit | ____ Temporary Commitment | |
| _X_ Order appointing counsel | ____ Order setting conditions of release | |
| ____ CJA 20 Form | ____ Detention Order | |
| _X_ Appearance form | ____ Appearance Bond | |
| | ____ Other(see docket for entries): | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

by: _____
Marsha E. Glenn, Deputy Clerk