UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 07 CR 841 |
| | ) | |
| ONEA LUNDY | ) | Magistrate Judge Cox |

**GOVERNMENT'S MOTION TO
DISMISS REMOVAL COMPLAINT WITHOUT PREJUDICE**

The United States of America, by and through its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, hereby respectfully moves, pursuant to Federal Rule of Criminal Procedure 48(a), that this court dismiss without prejudice the removal complaint against defendant in the above-captioned action. The defendant has been removed to the Eastern District of Michigan pursuant to the arrest warrant and removal complaint.

Dated: July 1, 2008

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: /s/ Lisa M. Noller
LISA M. NOLLER
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois  60604
(312) 353-5314

## Certificate of Service

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5 and the General Order on Electric Case Filing (ECF), that the

**GOVERNMENT'S MOTION TO**

**DISMISS REMOVAL COMPLAINT WITHOUT PREJUDICE**

was served pursuant to the district court's ECF system as to ECF filers on JULY 1, 2008.

                                                        s/Lisa M. Noller  
                                                        LISA M. NOLLER  
                                                        Assistant United States Attorney  
                                                        219 S. Dearborn Street  
                                                        5th Floor  
                                                        Chicago, Illinois 60604  
                                                        (312) 353-5314