## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 841-1 | **DATE** | 7/1/2008 |
| **CASE TITLE** | USA vs. Onea Lundy | | |

**DOCKET ENTRY TEXT**

Government's motion to dismiss removal complaint without prejudice [12] is granted. Enter Order of Dismissal Without Prejudice.

■ [ For further detail see separate order(s).]    Docketing to mail notices.

| | Courtroom Deputy Initials: | VKD |
|---|---|---|