UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 07 CR 841 |
| | ) | |
| ONEA LUNDY | ) | Magistrate Judge Cox |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon consideration of the motion of the United States of America to dismiss the removal complaint in the above-captioned case without prejudice:

IT IS HEREBY ORDERED that the above-captioned removal complaint is hereby dismissed without prejudice pursuant to Federal Rule of Criminal Procedure 48(a).  This order of dismissal shall not in any way affect any pending or future proceedings against the defendant, in this or any other district.

SO ORDERED AND ENTERED:

Dated: July 1, 2008

_____
Susan E. Cox
United States Magistrate Judge